No. 10–761. DOLEY ET AL. *v.* WINSTON & STRAWN, LLP. C. A. D. C. Cir. Certiorari denied.

No. 10–763. JACKSON ET AL. *v.* ESTELLE'S PLACE, LLC, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–767. MARTINEZ *v.* GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 10–774. HAYWOOD ET AL. *v.* LOCKE, SECRETARY OF COMMERCE. C. A. 4th Cir. Certiorari denied.

No. 10–780. PING YIP *v.* HUGS TO GO LLC ET AL. C. A. Fed. Cir. Certiorari denied.

No. 10–781. WILKINSON ET AL. *v.* TORRES ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–782. THAMPI *v.* MANATEE COUNTY BOARD OF COMMISSIONERS. C. A. 11th Cir. Certiorari denied.

No. 10–784. CARMONA *v.* CARMONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–787. KLEINMAN *v.* NEW JERSEY DEPARTMENT OF LABOR, DIVISION OF UNEMPLOYMENT AND DISABILITY INSURANCE. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–789. BARRETT ET AL. *v.* VENTURA COUNTY, CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–791. REDERIET OTTO DANIELSEN, A. S., ET AL. *v.* STACY. C. A. 9th Cir. Certiorari denied.

No. 10–793. MACK *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 10–800. WILSON *v.* THOMPSON, COMMISSIONER, KENTUCKY DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Certiorari denied.